IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TASHA ALISSA UNDERWOOD,** : | |
|     **Plaintiff,** : | |
| : | **CIVIL ACTION NO. 25-CV-0799** |
| **v.** : | |
| : | |
| **HABITAT FOR HUMANITY,** *et seq.*, : | |
|     **Defendants.** : | |

## ORDER

**AND NOW**, this 18th day of August, 2025, upon consideration of Plaintiff Tasha Alissa Underwood's Motion *pro se* Amended Complaint (ECF No. 13), Motion to Unseal Victim Name Change (ECF No. 19), and Motion to Dismiss Foreclosure, Torts, Rent, Lease, and Ejectment Claim (ECF No. 20) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to amend the caption of this case to reflect the Defendants named in the Amended Complaint: (1) Habitat for Humanity; (2) Corrine O'Connell; (3) Gleyton Gutierrez; (4) Unknown Occupant; and (5) Effi Evitan.

2. The Amended Complaint is **DISMISSED IN PART WITH PREJUDCE** and **DISMISSED IN PART WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum, as follows:

    a. All state law claims for damages are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

    b. The balance of Underwood's claims is **DISMISSED WITH PREJUDICE** as barred by the Anti-Injunction Act.

3. The Motion to Unseal Victim Name Change (ECF No. 19) and Motion to Dismiss Foreclosure, Torts, Rent, Lease, and Ejectment Claim (ECF No. 20) are **DENIED**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ John R. Padova, J.

---

**JOHN R. PADOVA, J.**